DANIEL G. BOGDEN, United States Attorney
MARK E. WOOLF, Assistant United States Attorney
333 South Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336  Fax: (702) 388-6787 E-mail: mark.woolf@usdoj.gov

RECEIVED
and FILED

1 | Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

2016 JUL 19  PM 12 54

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

2

3

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

4

* * * * * *

5

6 | In re:

7 | S.B.S. LIMITED
dba Maximum Refrigeration
ABC Custom Sheet Metal

8

9 |                          Debtor(s).

10

BK- 05-11129-BAM
Chapter 7

MOTION TO WITHDRAW MONEY
UNDER 28 U.S.C. SECTION 2042

Hearing Date:
Hearing Time:

11 | There was a dividend check in the amount $ 44,572.69 _____ in the above- named case issued to _____

12 | __IRS_____.  Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C.

13 | Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

14

15 | **PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

16 | ☒  Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the

17 | moneys deposited.

18 | ☐  Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the**

19 | **basis for your claim to the moneys)**

20 | _____

21 | _____

22 | _____

23 | _____

24

25

26

1    Please attach copies of any supporting documentation.[1]

2

3    Date: July 19, 2016

4

5

6    _Mark E. Woolf_
     Signature of Claimant or Attorney

7

8    Mark E. Woolf, AUSA
     Printed Name

9    333 Las Vegas Blvd., South, Suite 5000

10

     Las Vegas, Nevada 89166

11

     Mailing Address

12

13

14

15

16

17

18

19

20

21   Name, Address, Telephone No., Bar Number, Fax No. & E-mail address

22   _____

23   [1] (i)If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
     (ii)If claimant is assignee of creditor, attach copy of assignment.

     (iii)If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.

24   (iv)If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency
     agreement.

25   (v)Attach other documents showing entitlement should none of the foregoing apply.

26

                                    2